IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREYMORR REAL ESTATE LLC, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACT. NO. 2:19-cv-466-ECM |
| | ) (WO) |
| STANLEY D. FOSTER, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

Now pending before the court is a motion to dismiss State of Alabama Department of Revenue. (Doc. 10).

The State of Alabama moved for dismissal stating that it claims no interest in the property at issue in this case. No party responded to the Court's Order to show cause why the motion to dismiss ought not be granted. Accordingly, for good cause shown, it is

ORDERED that the motion to dismiss (doc. 10) is GRANTED and the State of Alabama Department of Revenue is DISMISSED from this case with prejudice.

DONE this 28th day of October, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE